Cause NO: W219-80280-04-HC4

NND WR-72906-05

72,906-05

MARCH 29, 2015

NAME: Eloy Diaz Gonzalez

Date of Birth: 12-01-1962

Place of Confinement: Ramsy (1) Unit

1100 FM 655 Rosharon. TX, 77583

TDCJ: CID, NUMBER: 1652026

V

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 17 2015
Abel Acosta, Clerk

OFFICIAL Court Of CRIMINAL Appeals of TEXAS

P.O. BOX 12308, CAPITOL STATION, TEXAS 78711

MR: Abel Acosta, Clerk

this is to acknowledge recipt of you Correspondence date 2/26/2015.

En this Correspondence the Court has On this day 2/26/2015 the application for H.09 Writ of Habeas Corpus ha been Received and presented to the Court then application Vacin Rule 42. Voluntary Dismissal

Rule 42.3.1,2 Appeal without Counsel

the Clerk must Issue A Notice to the Appellant that 15 days from of the Notice the Appeal will be dismissed for want of prosecution, unless the Default is Remedied before that date If the Default Is Remidied within that time the Clerk must Not Dismiss the Appeal.

Eloy Diaz Gonzalez
#TDC 1652026